UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDHAWK HOLDINGS CORP AND BEECHWOOD PROPERTIES, LLC,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>DANIEL J. SCHREIBER AND SCHREIBER LIVING TRUST, dated 2/08/95,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 18cv2048-WQH(BLM)<br><br>**ORDER DENYING MOTION TO QUASH SUBPOENA AND MOTION FOR AN EXPEDITED HEARING ON THE NON-PARTY'S MOTION AS MOOT**<br><br>**[ECF Nos. 2 and 4]** |

　　　On August 31, 2018, non-party Andrea Schreiber, filed a Motion to Quash Subpoena. ECF Nos. 1 and 2.

　　　On September 5, 2018, Ms. Schreiber filed a Motion for Expedited Hearing on Non-Party's Motion to Quash Subpoena. ECF No. 4.

　　　On September 10, 2018, Ms. Schreiber filed a Notice of Dismissal. ECF No. 6. In the notice, Ms. Schreiber stated that she

> hereby dismisses [her] previously filed Motion to Quash in the above-captioned matter, which was filed in response to a subpoena served in the case of *Redhawk Holdings Corp. v. Daniel J. Schreiber Trustee, et al.*, Civil Action File No.: 17-cv-00819-ILRL-DEK in the U.S. District Court for the Eastern District of Louisiana. This voluntary dismissal is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) because the opposing party has not yet served an answer or a

1

motion for summary judgment. This dismissal is based on the representation of counsel for Plaintiffs REDHAWK HOLDINGS CORP. AND BEECHWOOD PROPERTIES, LLC that the subpoena at issue is withdrawn.

Id. at 1.

In light of Plaintiff's notice, the Motion to Quash Subpoena and Motion for an Expedited Hearing on the Non-Party's Motion are **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: 9/18/2018

Hon. Barbara L. Major
United States Magistrate Judge